IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JON ROBERT OLIVER,**  *Plaintiff,*  v.  **ADRIAN FORT,**  *Defendant.* | **CIVIL ACTION NO.**  **5:19-cv-00033-TES** |

**ORDER DISMISSING COMPLAINT**

Before the Court is *pro se* Plaintiff Jon Robert Oliver's Motion to Vacate Complaint [Doc. 5] which the Court construes as a motion to voluntarily dismiss the above-captioned proceeding. In his motion, Plaintiff states that Defendant Adrian Fort, the library administrator at Central State Prison, "has become acquiescent to current requests for material and thus has amended his errors." [Doc. 5, at p. 1]. Under the Federal Rules of Civil Procedure, Plaintiff may voluntarily dismiss his Complaint without prejudice as a matter of right. *See* Fed. R. Civ. P. 41(a)(1). Therefore, the Court **GRANTS** Plaintiff's Motion to Dismiss [Doc. 5] and **DISMISSES** this action **without prejudice.** Because the Court dismisses this action, it also **TERMINATES as moot** Plaintiff's pending Motion for Leave to Proceed *in Forma Pauperis* [Doc. 2]**.**

**SO ORDERED** this 11th day of February, 2019.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT